JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| ANGEL GOMEZ, | ) | No. CV 09-08836-RSWL (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. McDONALD, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: JUNE 15, 2010

RONALD S.W. LEW
RONALD S. W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE